Printed on: 01/02/2024
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-17260 (ABA)

Walter C. Parker, Jr.
193 Dubois Avenue
West Deptford, NJ  08096

Monthly Payment: $592.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 09/25/2023 | $590.00 | 10/30/2023 | $590.00 | 11/20/2023 | $590.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | WALTER C. PARKER, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANTHONY LANDOLFI, ESQUIRE | 13 | $4,750.00 | $1,600.08 | $3,149.92 | $1,600.08 |
| 1 | AT&T MOBILITY II, LLC | 33 | $5,105.82 | $0.00 | $5,105.82 | $0.00 |
| 2 | ALLY FINANCIAL | 24 | $575.33 | $0.00 | $575.33 | $0.00 |
| 3 | CAPITAL ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $720.88 | $0.00 | $720.88 | $0.00 |
| 5 | CITIBANK SD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING, LLC | 33 | $989.91 | $0.00 | $989.91 | $0.00 |
| 7 | PREMIER BANKCARD, LLC | 33 | $930.64 | $0.00 | $930.64 | $0.00 |
| 8 | JEFFERSON HEALTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | KOHLS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | MIDFIRST BANK | 24 | $14,342.88 | $0.00 | $14,342.88 | $0.00 |
| 11 | PROGRESSIVE INSURANCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | SANTANDER CONSUMER USA, INC. | 24 | $580.62 | $0.00 | $580.62 | $0.00 |
| 13 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | QUANTUM3 GROUP, LLC | 33 | $325.49 | $0.00 | $325.49 | $0.00 |
| 15 | Anthony Landolfi | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | WALTER C PARKER JR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | LVNV FUNDING, LLC | 33 | $860.35 | $0.00 | $860.35 | $0.00 |
| 19 | VERIZON BY AMERICAN INFOSOURCE | 33 | $254.41 | $0.00 | $254.41 | $0.00 |
| 20 | ASHLEY FUNDING SERVICES, LLC | 33 | $27.49 | $0.00 | $27.49 | $0.00 |
| 21 | ASHLEY FUNDING SERVICES, LLC | 33 | $20.14 | $0.00 | $20.14 | $0.00 |
| 22 | PREMIER BANKCARD, LLC | 33 | $438.38 | $0.00 | $438.38 | $0.00 |
| 23 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,291.64 | $0.00 | $1,291.64 | $0.00 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $723.82 | $0.00 | $723.82 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2023 | 2.00 | $0.00 |
| 11/01/2023 | Paid to Date | $1,770.00 |
| 12/01/2023 | 57.00 | $592.00 |
| 09/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $1,770.00 |
| Total paid to creditors this period: | $1,600.08 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $1,184.00 |
| Attorney: | ANTHONY LANDOLFI, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**