| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in compliance with D.N.J. 9004-1(b)<br><br>Lavin, Cedrone, Graver, Boyd & DiSipio<br>Formed in the State of PA<br>Regina Cohen<br>190 North Independence Mall West 6th & Race Streets<br>Suite 500<br>Philadelphia, PA 19106<br>Tel: (215) 351-7551<br>Fax: (215) 627-2551<br>E-mail: RCohen@lavin-law.com<br>Attorney for Movant | Order Filed on April 1, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **IN RE:**<br><br>**WALTER C PARKER, JR**<br><br>                                    **Debtor** | Case No.: 23-17260-ABA<br><br>Chapter 13<br><br>Hearing date: 02/20/2024 at 10:00 AM<br><br>Judge: Andrew B. Altenburg Jr. |

**CONSENT ORDER MODIFYING STAY AS TO MOTOR VEHICLE**
**2015 GMC Sierra 1500 Extended Cab SLE 4WD 4.3L V6**

The relief set forth on the following pages, number two (2) through three (3) is hereby **ORDERED**.

**DATED: April 1, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Walter C Parker, Jr
Case No.: 23-17260-ABA
Caption of Order: Consent Order Modifying Stay as to Motor Vehicle

1. The 11 USC §362(a) Automatic Stay as to Ally Capital ("Movant"), with respect to the personal property of the Debtor described as a 2015 GMC Sierra 1500 Extended Cab SLE 4WD 4.3L V6, V.I.N. 1GTV2UEH4FZ154902, in accordance with the agreement of the Debtor and Movant, is hereby modified and shall remain in effect.

   PROVIDED THAT Debtor comply with the following terms and conditions:

   a. The Debtor will make the last regular monthly installment payment in the amount of $489.13 on or before March 21, 2024.

   b. The loan matures on March 21, 2024.

   c. The Debtor will cure the current payoff balance due to the Movant in the total amount of $5,668.99 as of February 27, 2024, which includes the filing fees (in the amount of $199.00) and attorney's fees (in the amount of $200.00) on or before August 21, 2024.

   d. Monthly Cure Payments: Debtor will make six (6) consecutive monthly payments to cure the Payoff Balance ("Cure Payment"). The first five (5) Cure Payments will be in the amount of $944.00 and the last Cure Payment will be in the amount of $948.99. Each Cure payment is due by the 21st of the month with the first Cure Payment due on or before March 21, 2024. The last Monthly Cure Payment will be paid on or before August 21, 2024.

2. The term "payment" as set forth in Paragraph 1, *supra*, does not include a check that is returned due to insufficient funds, account closed or is otherwise not capable of negotiation for any other reason.

3. Debtor will be in default under the Consent Order in the event that Debtor fails to comply with the payment terms and conditions set forth in above Paragraph 1, supra. If Debtor fails to cure the default within thirty (30) days from the date of default, Movant may apply on five days' notice to Debtor, Counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. §362(a) and permitting Movant to exercise any rights under the loan documents with respect to the motor vehicle including, but not limited to, initiating and completing a sale of the motor vehicle without regard to any future conversion of this matter to a different form of bankruptcy.

4. In the event Debtor convert to a bankruptcy under any Chapter other than Chapter 13 of the Bankruptcy Code, then Debtor shall pay the Payoff Balance, fees, and charges due and owing within fifteen (15) days from the date the case is converted from Chapter 13 to any other Chapter.

3

Debtor:         Walter C Parker, Jr
Case No.:       23-17260-ABA
Caption of Order:   Consent Order Modifying Stay as to Motor Vehicle

If Debtor fails to make payments in accordance with this paragraph, then Movant, through counsel, may file a Certification of Default setting forth and failure and Movant shall be granted immediate relief from the automatic stay and under the provisions of Section 362 of the Bankruptcy Code (11 U.S.C.§362) and the Movant is then permitted to exercise any rights under the loan documents with respect to the motor vehicle including, but not limited to, initiating, and completing a sale of the motor vehicle. The failure of Movant to issue a notice of default will not be construed or act as a waiver of any of the rights of Movant under the Consent Order.

5.  The debtor waives the fourteen (14) day stay provided under Rule 4001(a)(3), F.R.B.P.

**We hereby consent to the form and entry of the foregoing Order.**

Anthony Landolfi
Law Office of Anthony Landolfi, Esq. PC
295 Bridgeton Pike
P.O. Box 111
Mantua, NJ 08051
anthony@landolfilaw.com
Attorney for Debtor

Lavin, Cedrone, Graver, Boyd & DiSipio
Formed in the State of PA
Regina Cohen
190 North Independence Mall West 6th
& Race Streets
Suite 500
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Movant

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-17260-ABA |
| Walter C Parker, Jr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 01, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2024:**

**Recip ID        Recipient Name and Address**
db              + Walter C Parker, Jr, 193 Dubois Avenue, West Deptford, NJ 08096-5054

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2024            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2024 at the address(es) listed below:**

**Name**            **Email Address**

Andrew B Finberg
                   ecfmail@standingtrustee.com

Anthony Landolfi
                   on behalf of Debtor Walter C Parker  Jr anthony@landolfilaw.com, kathy@landolfilaw.com

Denise E. Carlon
                   on behalf of Creditor Midland Mortgage dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
                   on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Regina Cohen
                   on behalf of Creditor Ally Capital rcohen@lavin-law.com  mmalone@lavin-law.com

U.S. Trustee
                   USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Apr 01, 2024 | Form ID: pdf903 | Total Noticed: 1

William E. Craig
                         on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com  mortoncraigecf@gmail.com

TOTAL: 7