UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

54328

Eisenberg Gold & Agrawal, P.C.
William E. Craig, Esquire
1040 Kings Highway North #200
Cherry Hill, NJ 08034
Attorney for Santander Consumer USA Inc.

In Re:

WALTER C. PARKER, JR.

Order Filed on April 25, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 23-17260

Adv. No.

Hearing Date: 4-9-24

Judge: (ABA)

# ORDER FOR ARREARAGE CURE, MONTHLY PAYMENTS, STAY RELIEF AND CO-DEBTOR RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: April 25, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Walter C. Parker, Jr.
Case No: 23-17260
Caption of Order:  Order for arrearage cure, monthly payments, stay relief and co-debtor relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Motion For Stay Relief And Co-Debtor Relief filed by William E. Craig, Esq., attorney for Santander Consumer USA Inc. ("Santander"), with the appearance of Anthony Landolfi, Esq. on behalf of the debtor, and this Order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. That Santander Consumer USA Inc. ("Santander") is the holder of a first purchase money security interest encumbering a 2021 Kia Forte bearing vehicle identification number 3KPF24AD8ME272290.
2. That the debtor's account has post-petition arrears through March 2024 in the amount of $3,864.16.
3. That the debtor is to cure the arrears set forth in paragraph two (2) above by making his regular monthly payment of $551.77 plus an additional $644.03 (for a total monthly payment of $1,195.80) for the months of April through September 2024.
4. That commencing April 2024, if the debtor fails to make any payment to Santander within thirty (30) days after it falls due, Santander shall be entitled to stay relief and co-debtor relief upon filing a certification with the Court and serving it on the debtor, his attorney, and the Chapter 13 Trustee.
5. That the debtor must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  Santander Consumer USA must be listed as loss payee.  If the debtor fails

**(Page 3)**
Debtor: Walter C. Parker, Jr.
Case No: 23-17260
Caption of Order:  Order for arrearage cure, monthly payments, stay relief and co-debtor relief under certain circumstances, counsel fees, and insurance.

> **to maintain valid insurance on the vehicle, Santander shall be entitled to stay relief and co-debtor relief upon filing a certification that insurance has lapsed and serving such certification on the debtor, her attorney, and the Chapter 13 Trustee.**

6. **That the debtor is to pay a counsel fee of $449.00 to Santander Consumer USA Inc. through his Chapter 13 Plan.**