Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                             Case No.:  23−17260−ABA
                             Chapter:  13
                             Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Walter C Parker Jr
   193 Dubois Avenue
   West Deptford, NJ 08096

Social Security No.:
   xxx−xx−1785

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 14, 2024.

Dated: November 14, 2024
JAN: as

                                                                                                          Jeanne Naughton
                                                                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-17260-ABA
Walter C Parker, Jr  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: Nov 14, 2024  Form ID: plncf13  Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Walter C Parker, Jr, 193 Dubois Avenue, West Deptford, NJ 08096-5054 |
| 520004070 | + | Capital One Bank, Atten: Portfolio Recovery, 287 Independence Way, Virginia Beach, VA 23462-2962 |
| 520004071 | + | Citibank NA, Atten: Prtofolio Recovery, 287 Independence Avenue, Virginia Beach, VA 23462-2962 |
| 520004075 | + | Jefferson Health, Atten: CCS, PO Box 55126, Boston, MA 02205-5126 |
| 520004077 | + | MidFirst Bank, Atten: KML Law Group, PC, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 14 2024 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 14 2024 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 14 2024 21:09:09 | Ally Capital, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 14 2024 20:50:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 520004069 | ^ | MEBN | Nov 14 2024 20:45:06 | AT&T, Atten: ERC, PO Box 57547, Jacksonville, FL 32241-7547 |
| 520049338 | + | Email/Text: g17768@att.com | Nov 14 2024 20:48:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ 07921-2693 |
| 520004068 | | Email/Text: ally@ebn.phinsolutions.com | Nov 14 2024 20:48:00 | Ally, PO Box 380902, Bloomington, MN 55438-0902 |
| 520007203 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 14 2024 20:56:58 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520049913 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 14 2024 20:56:09 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520062817 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2024 20:55:45 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520004072 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2024 20:56:01 | Citibank SD, LVNV Funding, c/o Resurgent Capital, PO Box 10497, Greenville, SC 29603-0497 |
| 520004073 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 14 2024 20:55:31 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |

Case 23-17260-ABA    Doc 54    Filed 11/16/24    Entered 11/17/24 00:15:38    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 14, 2024 | Form ID: plncf13 | Total Noticed: 32 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520004074 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 14 2024 20:56:03 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 520067661 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 14 2024 20:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520004076 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 14 2024 20:48:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 520011693 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2024 20:56:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520044259 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 14 2024 21:08:29 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520067919 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2024 20:57:26 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 520067917 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2024 20:56:01 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 520067621 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 14 2024 20:50:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520004078 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 14 2024 20:49:56 | Progressive Insurance, Atten: Caine Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 520034553 | | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2024 20:50:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520022053 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 14 2024 20:50:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 520004079 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 14 2024 20:50:00 | Santander, PO Box 961245, Fort Worth, TX 76161-0244 |
| 520005188 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 14 2024 20:55:55 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520060098 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 14 2024 20:55:53 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520004080 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2024 20:50:00 | Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2024          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Anthony Landolfi | on behalf of Debtor Walter C Parker Jr anthony@landolfilaw.com, kathy@landolfilaw.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Midland Mortgage dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Regina Cohen | on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8