UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Walter C. Parker, Jr.,

Debtor.

Case No.:      23-17260-ABA

Chapter:       13

Hearing Date:  01/07/2025

Judge:         Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 193 Dubois Avenue (Docket # 55)

_____

Date: 01/02/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*