UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Andrew B. Finberg, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002

In Re:

    Walter C. Parker, Jr.,

        Debtor(s)'.

Case No.:  23-17260
Chapter:  13
Hearing Date:  N/A
Judge:  ABA

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter:  Please withdraw the Trustee's Certification of Default filed January 23, 2025 (doc 59).

_____

Date:  January 28, 2025

/s/ *Andrew B. Finberg*
Signature

*rev.8/1/15*