UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Anthony Landolfi, Esquire
Professional Services Building
295 Bridgeton Pike
P.O. Box 111
Mantua, NJ  08051
856-468-5900
Attorney for Debtor

In Re:

Walter C. Parker, Jr.,
  Debtor.

Case No.:        23-17260

Judge:        Andrew B. Altenburg

Chapter:        13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____,
   creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by _____MidFirst Bank_____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

I have been out of work for several months and fell behind in my mortgage obligations. I have made one additional mortgage payment, which I will provide proof of. I will make another mortgage payment within fourteen (14) days, and will make May mortgage payment by the end of May.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 05/15/2025

/s/ Walter C. Parker
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8/1/15



# Successful Payment!

| | |
|---|---|
| To | midland mortgage *0378 |
| From | Simply Checking ****5047 |
| Amount | $1,600.00 |
| Deliver by | Mar 3, 2025 |
| Confirmation # | X4N84-3PXVD |
| Status | Scheduled |

A payment may be canceled until it has been submitted to the biller.

**Make Another Payment**

**View Scheduled Payments**

**Cancel Payment**

    
Accounts   Transfer   Pay   Check Deposit   More

## Confirmation

### Successful Payment!

| | |
|---|---|
| To | midland mortgage *0378 |
| From | Simply Checking ****5047 |
| Amount | $1,500.00 |
| Deliver by | May 9, 2025 |
| Confirmation # | XD2MK-DPM51 |
| Status | Scheduled |

A payment may be canceled until it has been submitted to the biller.

**Make Another Payment**

**View Scheduled Payments**

**Cancel Payment**

Accounts | Transfer | Pay | Check Deposit | More