Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−17260−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Walter C Parker Jr
   193 Dubois Avenue
   West Deptford, NJ 08096

Social Security No.:
   xxx−xx−1785

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 6/10/25 at 10:00 AM

to consider and act upon the following:

**70** − Certification in Opposition to Midfirst Bank Certification of Default (related document:68 Creditor's Certification of Default (related document:60 Order on Motion For Relief From Stay) filed by Richard Abel on behalf of MidFirst Bank. Objection deadline is 05/16/2025. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Anthony Landolfi on behalf of Walter C Parker Jr. (Landolfi, Anthony)

Dated: 5/16/25

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court