| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank | |
| In Re:<br>Walter C. Parker, Jr.,<br><br>Debtor | Case No.: __23-17260-ABA__<br><br>Chapter: __13__<br><br>Hearing Date: __06/10/2025__<br><br>Judge: __Altenburg__ |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 68)

Date: 06/08/2025                                    /s/ Denise Carlon
                                                               Signature

*rev.8/1/15*