Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  23−17260−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Walter C Parker Jr
   193 Dubois Avenue
   West Deptford, NJ 08096

Social Security No.:
   xxx−xx−1785

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 11/21/25 at 09:00 AM

to consider and act upon the following:

*82* − Certification in Opposition to (related document:77 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 09/29/2025. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Anthony Landolfi on behalf of Walter C Parker Jr. (Landolfi, Anthony)

Dated: 9/29/25

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court