| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

# CERTIFICATION OF SERVICE

1. I, _____ :

    ❑ represent the _____ in the above-captioned matter.

    ❑ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ❑ am the _____ in the above case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: _____    _____
                                                                              Signature

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.5/14/12*

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Ally Capital<br>AIS Portfolio Services, LLC<br>4515 N. Santa Fe Avenue<br>Dept. APS<br>Oklahoma City, OK 73118-7901 | Creditor | Regular Mail |
| Capital One Bank<br>Attn: Portfolio Recovery<br>287 Independence Way<br>Virginia Beach, VA 23462-2962 | Creditor | Regular Mail |
| Credit One Bank<br>PO Box 60500<br>City of Industry, CA 91716-0500 | Creditor | Regular Mail |
| Jefferson Health<br>Attn: CCSW<br>PO Box 55126<br>Boston, MA 02205-5126 | Creditor | Regular Mail |
| MidFirst Bank<br>999 NorthWest Grand Blvd.<br>Oklahoma City, OK 73118-6051 | Creditor | Regular Mail |
| Premier Bankcard, LLC<br>Jefferson Capital Systems, LLC<br>PO Box 7999<br>Saint Cloud, MN 56302-7999 | Creditor | Regular Mail |
| Santander Consumer USA<br>PO Box 560284<br>Dallas, TX 75356-0284 | Creditor | Regular Mail |
| US Trustee<br>US Dept. Of Justice<br>Office of the US Trustee<br>One Newark Center, Ste 2100<br>Newark, NJ 07102-5235 | US Trustee | Regular Mail |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Santander Consumer USA, Inc.<br>PO Box 961245<br>Fort Worth, TX 76161-0244 | Creditor | Regular Mail |
| AT&T Mobility II, LLC<br>AT&T Services, Inc.<br>Attn: Karen A. Cavagnaro, Paralegal<br>One AT&T Way, Suite 3A104<br>Bedminster, NJ 07921-2693 | Creditor | |
| Ally Capital<br>c/o AIS Portfolio Svcs. LLC<br>4515 N. Santa Fe Ave., Dept. APS<br>Oklahoma City, OK 73118-7901 | Creditor | Regular Mail |
| Citibank, NA<br>Attn: Portfolio Recovery<br>287 Independence Avenue<br>Virginia Beach, VA 23462-2962 | Creditor | Regular Mail |
| First Premier Bank<br>3820 N. Louise Avenue<br>Sioux Falls, SD 57107-0145 | Creditor | Regular Mail |
| Kohls<br>PO Box 3115<br>Milwaukee, WI 53201-3115 | Creditor | Regular Mail |
| Midfirst Bank<br>Attn: KML Law Group, PC<br>701 Market St., Suite 5000<br>Philadelphia, PA 19106-1541 | Creditor | Regular Mail |
| Progressive Insurance<br>Attn: Caine Weiner<br>PO Box 55848<br>Sherman Oaks, CA 91413-0848 | Creditor | Regular Mail |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Verizon<br>American InfoSource<br>4515 N. Santa Fe Avenue<br>Oklahoma City, OK 73118-7901 | Creditor | Regular Mail |
| Victoria's Secret<br>PO Box 182789<br>Columbus, OH 43218-2789 | Creditor | Regular Mail |