UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Anthony Landolfi, Esq., P.C.
Professional Services Building
295 Bridgeton Pike
P.O. Box 111
Mantua, New Jersey  08051
856-468-5900
Attorney for Debtor

Order Filed on October 27, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

WALTER C. PARKER, JR.,

Debtor.

Case No.:            23-17260

Chapter:                13

Judge:        Andrew B. Altenburg

## ORDER AUTHORIZING RETENTION OF

### REALTOR

The relief set forth on the following page is **ORDERED**.

**DATED: October 27, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Connie Balis, Romano Realty_____

as _____Realtor_____, it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:    Romano Realty_____

    225 Kings Highway E._____

    Haddonfield, NJ  08033_____

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper
    application(s).

3.      If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
    13 case. Payment to the professional may only be made after satisfactory completion of
    services.

4.      The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*