Printed on: 12/31/2025  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-17260 (ABA)

Walter C. Parker, Jr.  
193 Dubois Avenue  
West Deptford, NJ  08096

Monthly Payment: $845.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2025 to 12/31/2025**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/23/2025 | $1,200.00 | 02/28/2025 | $700.00 | 02/28/2025 | $120.00 | 05/02/2025 | $900.00 |
| 06/13/2025 | $1,000.00 | 10/10/2025 | $100.00 | 12/31/2025 | $200.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | WALTER C. PARKER, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANTHONY LANDOLFI, ESQUIRE | 13 | $4,750.00 | $4,750.00 | $0.00 | $3,149.92 |
| 0 | ANTHONY LANDOLFI, ESQUIRE | 13 | $800.00 | $800.00 | $0.00 | $0.00 |
| 1 | AT&T MOBILITY II, LLC | 33 | $5,105.82 | $0.00 | $5,105.82 | $0.00 |
| 2 | ALLY FINANCIAL | 24 | $575.33 | $110.38 | $464.95 | $32.51 |
| 3 | CAPITAL ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $720.88 | $0.00 | $720.88 | $0.00 |
| 5 | CITIBANK SD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING, LLC | 33 | $989.91 | $0.00 | $989.91 | $0.00 |
| 7 | PREMIER BANKCARD, LLC | 33 | $930.64 | $0.00 | $930.64 | $0.00 |
| 8 | JEFFERSON HEALTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | KOHLS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | MIDFIRST BANK | 24 | $14,342.88 | $2,751.42 | $11,591.46 | $810.29 |
| 11 | PROGRESSIVE INSURANCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | SANTANDER CONSUMER USA, INC. | 33 | $5,194.81 | $0.00 | $5,194.81 | $0.00 |
| 13 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | QUANTUM3 GROUP, LLC | 33 | $325.49 | $0.00 | $325.49 | $0.00 |
| 15 | Anthony Landolfi | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | WALTER C PARKER JR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | LVNV FUNDING, LLC | 33 | $860.35 | $0.00 | $860.35 | $0.00 |
| 19 | VERIZON BY AMERICAN INFOSOURCE | 33 | $254.41 | $0.00 | $254.41 | $0.00 |
| 20 | ASHLEY FUNDING SERVICES, LLC | 33 | $27.49 | $0.00 | $27.49 | $0.00 |
| 21 | ASHLEY FUNDING SERVICES, LLC | 33 | $20.14 | $0.00 | $20.14 | $0.00 |
| 22 | PREMIER BANKCARD, LLC | 33 | $438.38 | $0.00 | $438.38 | $0.00 |
| 23 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,291.64 | $0.00 | $1,291.64 | $0.00 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $723.82 | $0.00 | $723.82 | $0.00 |
| 25 | SANTANDER CONSUMER USA, INC. | 13 | $449.00 | $449.00 | $0.00 | $449.00 |
| 26 | MIDFIRST BANK | 13 | $459.00 | $459.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | MIDFIRST BANK | 13 | $250.00 | $250.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2023 | 19.00 | $0.00 |
| 04/01/2025 | Paid to Date | $8,720.00 |
| 05/01/2025 | 40.00 | $845.00 |
| 09/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,220.00 |
| Total paid to creditors this period: | $4,441.72 |
| Undistributed Funds on Hand: | $270.00 |
| Arrearages: | $4,560.00 |
| Attorney: | ANTHONY LANDOLFI, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**