ANTHONY LANDOLFI, ESQUIRE, P.C.
Professional Services Building
295 Bridgeton Pike
PO Box 111
Mantua, N.J. 08051
(856)468-5900
Attorney for Debtor

_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY, CAMDEN DIVISION

|  |  |
|---|---|
| In Re: | CASE NO: 23-17260 (ABA) |
| WALTER C. PARKER, JR., | CHAPTER 13 |
| Debtor. |  |

_____

**NOTICE OF WITHDRAWAL OF SECOND MODIFIED PLAN -
AFTER CONFIRMATION (DOCUMENT NO: 95)**
_____

I, Anthony Landolfi, Attorney at Law of the State of New Jersey and the Attorney of record for the debtor in this case, hereby withdraws Second Modified Plan - After Confirmation (Document No. 95).

Dated:  January 21, 2026                    */s/ Anthony Landolfi*
                                                             Anthony Landolfi, Esquire