Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−17260−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Walter C Parker Jr
   193 Dubois Avenue
   West Deptford, NJ 08096

Social Security No.:
   xxx−xx−1785

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 12, 2026.

Dated: March 13, 2026
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 23-17260-ABA |
|---|---|
| Walter C Parker, Jr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 13, 2026 | Form ID: plncf13 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Walter C Parker, Jr, 193 Dubois Avenue, West Deptford, NJ 08096-5054 |
| r | + | Connie Balis, Romano Realty, 225 Kings Highway E., Haddonfield, NJ 08033-2038 |
| 520004070 | + | Capital One Bank, Atten: Portfolio Recovery, 287 Independence Way, Virginia Beach, VA 23462-2962 |
| 520004071 | + | Citibank NA, Atten: Protfolio Recovery, 287 Independence Avenue, Virginia Beach, VA 23462-2962 |
| 520004075 | + | Jefferson Health, Atten: CCS, PO Box 55126, Boston, MA 02205-5126 |
| 520004077 | + | MidFirst Bank, Atten: KML Law Group, PC, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 13 2026 21:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 13 2026 21:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 13 2026 22:01:31 | Ally Capital, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 13 2026 21:58:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 520004069 | ^ | MEBN | Mar 13 2026 21:46:59 | AT&T, Atten: ERC, PO Box 57547, Jacksonville, FL 32241-7547 |
| 520049338 | + | Email/Text: g17768@att.com | Mar 13 2026 21:55:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ 07921-2693 |
| 520004068 | | Email/Text: ally@ebn.phinsolutions.com | Mar 13 2026 21:55:00 | Ally, PO Box 380902, Bloomington, MN 55438-0902 |
| 520007203 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 13 2026 22:01:31 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520049913 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 13 2026 22:01:31 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520062817 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2026 22:01:34 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520004072 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2026 22:02:21 | Citibank SD, LVNV Funding, c/o Resurgent Capital, PO Box 10497, Greenville, SC 29603-0497 |
| 520004073 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 13 2026 22:01:55 | Credit One Bank, PO Box 60500, City of Industry, |

District/off: 0312-1                          User: admin                                    Page 2 of 3

Date Rcvd: Mar 13, 2026                   Form ID: plncf13                          Total Noticed: 33

| Recip ID | Notice Type | Time | Name and Address |
|---|---|---|---|
| | | | CA 91716-0500 |
| 520004074 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 13 2026 22:01:59 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 520067661 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 13 2026 21:58:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520004076 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2026 22:01:28 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 520011693 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2026 22:01:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520044259 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 13 2026 22:01:51 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520067919 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 13 2026 22:01:59 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 520067917 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 13 2026 22:01:59 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 520067621 | + Email/Text: JCAP_BNC_Notices@jcap.com | Mar 13 2026 21:58:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520004078 | + Email/Text: caineweiner@ebn.phinsolutions.com | Mar 13 2026 21:56:39 | Progressive Insurance, Atten: Caine Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 520034553 | Email/Text: bnc-quantum@quantum3group.com | Mar 13 2026 21:57:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520022053 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 13 2026 21:58:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 520004079 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 13 2026 21:58:00 | Santander, PO Box 961245, Fort Worth, TX 76161-0244 |
| 520005188 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 13 2026 22:02:17 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520060098 | + Email/PDF: ebn_ais@aisinfo.com | Mar 13 2026 22:01:34 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520004080 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2026 21:57:00 | Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2026                          Signature:            /s/Gustava Winters

District/off: 0312-1          User: admin          Page 3 of 3

Date Rcvd: Mar 13, 2026        Form ID: plncf13        Total Noticed: 33

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Anthony Landolfi | on behalf of Debtor Walter C Parker  Jr anthony@landolfilaw.com, kathy@landolfilaw.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Midland Mortgage dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Regina Cohen | on behalf of Creditor Ally Capital rcohen@lavin-law.com |
| Richard Abel | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9