Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23–17260–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Walter C Parker Jr
  193 Dubois Avenue
  West Deptford, NJ 08096

Social Security No.:
  xxx–xx–1785

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Linda Martin , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

193 Dubois Avenue, West Deptford, NJ

Dated: April 8, 2026
JAN: lgr

                                        Jeanne Naughton
                                        Clerk