UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ANTHONY LANDOLFI, ESQUIRE
Professional Services Building
295 Bridgeton Pike
PO Box 111
Mantua, New Jersey 08051
856-468-5900
Attorney for Debtor

**Order Filed on April 14, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

WALTER C. PARKER, JR.,

                    Debtor.

Case No.:        23-17260

Hearing Date:   April 14, 2026

Chapter:         13

Judge:           Andrew B. Altenburg

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3), is
**ORDERED**.

**DATED: April 14, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as _____ 193 Dubois Avenue, West Deptford _____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒    In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Connie Balis, Realtor, Romano Realty |
| Amount to be paid: | $7,500.00 + 595.00 |
| Services rendered: | Listing and sale of 193 Dubois Avenue, West Deptford, NJ |

OR: ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

2

5. The amount of $___27,900.00___ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

The 14-day waiting period does not apply and settlement may take place immediately.

*rev. 1/12/22*

3

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 23-17260-ABA |
|---|---|
| Walter C Parker, Jr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 14, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

**Recip ID               Recipient Name and Address**
db                    +  Walter C Parker, Jr, 193 Dubois Avenue, West Deptford, NJ 08096-5054

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026                Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Anthony Landolfi | on behalf of Debtor Walter C Parker  Jr anthony@landolfilaw.com, kathy@landolfilaw.com |
| Matthew K. Fissel | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Midland Mortgage bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Regina Cohen | on behalf of Creditor Ally Capital rcohen@lavin-law.com |

District/off: 0312-1                                      User: admin                                      Page 2 of 2
Date Rcvd: Apr 14, 2026                           Form ID: pdf903                          Total Noticed: 1

Richard Abel
                    on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
                    on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
                    mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 9