UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Anthony Landolfi, Esquire
Professional Services Building
295 Bridgeton Pike
P.O. Box 111
Mantua, New Jersey  08051
(856)468-5900
Attorney for Debtor

In Re:

      Walter C. Parker, Jr.,

              Debtor.

Order Filed on April 23, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     23-17260

Chapter:     13

Judge:     Andrew B. Alter

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 23, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Anthony Landolfi, Esquire_____ , the applicant, is allowed a fee of $ _____2,049.00_____ for services rendered and expenses in the amount of $_____10.38_____ for a total of $_____2059.38_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

Upon the sale of his property, Debtor will complete his plan and pay attorney fees of $2,059.36, which is included in Debtor's Chapter 13 Plan upon signing of this Order.

*rev.8/1/15*

2