**Information to identify the case:**

| Debtor 1 | Walter C Parker Jr | Social Security number or ITIN   xxx–xx–1785 |
|---|---|---|
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   23–17260–ABA

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Walter C Parker Jr

6/30/26

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Walter C Parker, Jr  
    Debtor

Case No. 23-17260-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 3

Date Rcvd: Jun 30, 2026          Form ID: 3180W          Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Walter C Parker, Jr, 193 Dubois Avenue, West Deptford, NJ 08096-5054 |
| r | + | Connie Balis, Romano Realty, 225 Kings Highway E., Haddonfield, NJ 08033-2038 |
| 520004070 | + | Capital One Bank, Atten: Portfolio Recovery, 287 Independence Way, Virginia Beach, VA 23462-2962 |
| 520004071 | + | Citibank NA, Atten: Protfolio Recovery, 287 Independence Avenue, Virginia Beach, VA 23462-2962 |
| 520004075 | + | Jefferson Health, Atten: CCS, PO Box 55126, Boston, MA 02205-5126 |
| 520004077 | + | MidFirst Bank, Atten: KML Law Group, PC, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 520005188 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 30 2026 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 30 2026 21:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Jul 01 2026 01:07:00 | Ally Capital, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 30 2026 21:21:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 520004069 | ^ | MEBN | Jun 30 2026 21:15:05 | AT&T, Atten: ERC, PO Box 57547, Jacksonville, FL 32241-7547 |
| 520049338 | + | EDI: ATTWIREBK.COM | Jul 01 2026 01:04:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ 07921-2693 |
| 520004068 | | EDI: GMACFS.COM | Jul 01 2026 01:04:00 | Ally, PO Box 380902, Bloomington, MN 55438-0902 |
| 520007203 | + | EDI: AISACG.COM | Jul 01 2026 01:07:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520049913 | + | EDI: AISACG.COM | Jul 01 2026 01:07:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520062817 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2026 21:19:03 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520004072 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2026 21:19:12 | Citibank SD, LVNV Funding, c/o Resurgent |

| | | | | |
|---|---|---|---|---|
| | | | | Capital, PO Box 10497, Greenville, SC 29603-0497 |
| 520004073 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 30 2026 21:19:10 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 520004074 | + | EDI: AMINFOFP.COM | Jul 01 2026 01:07:00 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 520067661 | | EDI: JEFFERSONCAP.COM | Jul 01 2026 01:07:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520004076 | + | EDI: CAPITALONE.COM | Jul 01 2026 01:07:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 520011693 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2026 21:19:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520044259 | + | EDI: AISMIDFIRST | Jul 01 2026 01:04:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520067919 | | EDI: PRA.COM | Jul 01 2026 01:07:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 520067917 | | EDI: PRA.COM | Jul 01 2026 01:07:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 520067621 | + | EDI: JEFFERSONCAP.COM | Jul 01 2026 01:07:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520004078 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 30 2026 21:20:32 | Progressive Insurance, Atten: Caine Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 520034553 | | EDI: Q3G.COM | Jul 01 2026 01:07:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520022053 | | Email/Text: enotifications@santanderconsumerusa.com | Jun 30 2026 21:21:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 520004079 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 30 2026 21:21:00 | Santander, PO Box 961245, Fort Worth, TX 76161-0244 |
| 520060098 | + | EDI: AIS.COM | Jul 01 2026 01:07:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520004080 | + | EDI: WFNNB.COM | Jul 01 2026 01:07:00 | Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2026      Signature:      /s/Gustava Winters

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Jun 30, 2026 | Form ID: 3180W | Total Noticed: 33

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2026 at the address(es) listed below:**

**Name** | **Email Address**

Andrew B Finberg
on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Anthony Landolfi
on behalf of Debtor Walter C Parker  Jr anthony@landolfilaw.com, kathy@landolfilaw.com

Matthew K. Fissel
on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Matthew K. Fissel
on behalf of Creditor Midland Mortgage bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Regina Cohen
on behalf of Creditor Ally Capital rcohen@lavin-law.com

Richard Abel
on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 9